# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00671-CV

## In re April Sharaf f/k/a April Sanders

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## O R D E R

**PER CURIAM**

Relator April Sharaf f/k/a April Sanders has filed a petition for writ of mandamus and motion for emergency relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's October 1, 2018 order compelling a mental examination, pending further order of this Court. *See id*. 52.10(b). The Court orders the real parties in interest to file a response to the petition for writ of mandamus on or before November 2, 2018.

It is ordered on October 23, 2018.

Before Justices Puryear, Goodwin, and Bourland